# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMES L. WOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-2157 |
| ) | Judge Trauger |
| WAYNE CHANEY, Lieutenant, et al, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On April 29, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 47), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motions for Preliminary Injunction and Temporary Restraining Order (Docket No. 16) is **DENIED AS MOOT**.

This case shall be returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED**.

ENTER this 10th day of June, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge