IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES L. WOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-cv-2157 |
| ) | Judge Trauger |
| WAYNE CHANEY, ET AL. ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On September 1, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. #112), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by Defendant Nwozd (DE #54) is GRANTED, and all claims against this defendant are DISMISSED WITH PREJUDICE. It is further ORDERED that all claims against Defendants Flack, Tourgett, and Sehorn are DISMISSED WITH PREJUDICE for failure to state a claim on which relief may be granted, as provided by 28 U.S.C. § 1915(e)(2)(B)(ii).

This case shall be returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED**.

ENTER this 30th day of September 2015.

_____
ALETA A. TRAUGER
U.S. District Judge