# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES L. WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-cv-02157 |
| | ) | Judge Trauger |
| WAYNE CHANEY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On January 26, 2016 the magistrate judge issued a Report and Recommendation (Docket No. 127), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of the court. For the reasons expressed therein, it is hereby ORDERED that all claims against defendant Corporal Balch are DISMISSED WITHOUT PREJUDICE.

It is so **ORDERED.**

Enter this 18th day of May 2016.

_____
ALETA A. TRAUGER
U.S. District Judge